**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 15-7366**

———————

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

     v.

ARTHUR LARON NILES,

              Defendant - Appellant.

———————

Appeal from the United States District Court for the District of South Carolina, at Florence.   C. Weston Houck, Senior District Judge.  (4:01-cr-00198-CWH-1)

———————

Submitted:  January 26, 2016        Decided:  March 16, 2016

———————

Before WYNN, FLOYD, and HARRIS, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Arthur Laron Niles, Appellant Pro Se.  Alfred William Walker Bethea, Jr., Assistant United States Attorney, Florence, South Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Arthur Laron Niles appeals the district court's order denying his 18 U.S.C. § 3582(c) (2012) motion and its order denying reconsideration.[*] We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Niles, No. 4:01-cr-00198-CWH-1 (D.S.C. Dec. 28, 2012; Aug. 18, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

---

[*] We decline to sua sponte dismiss Niles' appeal of these orders as untimely. Rice v. Rivera, 617 F.3d 802, 810 (4th Cir. 2010); United States v. Urutyan, 564 F.3d 679, 685 (4th Cir. 2009); United States v. Mitchell, 518 F.3d 740, 744, 750 (10th Cir. 2008).